```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42068
    RENEE ALTHEA HOLLOWAY
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2415


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/12/2004 and was confirmed 01/25/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   26.06%.

    The case was paid in full 12/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
SAXON MORTGAGE              CURRENT MORTG    31857.00           .00       31857.00
SAXON MORTGAGE              MORTGAGE ARRE     3000.00           .00        3000.00
BANKFIRST CARD CENTER       UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED       NOT FILED           .00            .00
GREENWOOD TRUST DISCOVER    UNSECURED         5189.49           .00        1352.37
HOUSEHOLD BANK              UNSECURED         2131.18           .00         555.39
J C PENNEY                  UNSECURED       NOT FILED           .00            .00
MERRICK BANK                UNSECURED         2010.47           .00         523.93
PEOPLES GAS LIGHT & COKE    UNSECURED OTH      502.70           .00          50.27
PORTFOLIO RECOVERY ASSOC    UNSECURED         2865.39           .00         746.71
PORTFOLIO RECOVERY ASSOC    UNSECURED         1505.99           .00         392.47
PETER FRANCIS GERACI        DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                  TRUSTEE                                       2,341.73
DEBTOR REFUND               REFUND                                          880.13

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            44,400.00

PRIORITY                                            .00
SECURED                                       34,857.00
UNSECURED                                      3,621.14
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           2,341.73
DEBTOR REFUND                                    880.13
                  --------------          --------------
TOTALS             44,400.00                  44,400.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 42068 RENEE ALTHEA HOLLOWAY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```